SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549
crowley@seyfarth.com

Richard L. Alfred (SBN 015000) (pro hac vice)
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone:    (617) 946-4802
Facsimile:    (617) 946-4801
ralfred@seyfarth.com

Timothy M. Watson (SBN 20963575)
(pro hac vice application pending)
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:    (713) 225-2300
Facsimile:    (713) 225-2340
twatson@seyfarth.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY CARROLL, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>           Defendants. | Case No. 3:15-CV-02321 EMC<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, by and through their attorneys, hereby state as follows:

     Defendant Wells Fargo & Company, a publicly traded company, owns, directly or indirectly,

1 | 100% of Defendant Wells Fargo Bank, N. A.

2 |     Furthermore, Defendant Wells Fargo & Company states that it has no corporate parent and that

3 | no publicly held entity owns 10% or more of the stock.

4 | DATED: July 30, 2015                      SEYFARTH SHAW LLP

By: */s/ Christian J. Rowley*
    Christian J. Rowley
    Richard L. Alfred
    Timothy M. Watson
Attorneys for Defendants
WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.