SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
crowley@seyfarth.com

Richard L. Alfred (SBN 015000) (pro hac vice)
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801
ralfred@seyfarth.com

Timothy M. Watson (SBN 20963575) (pro hac vice)
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
twatson@seyfarth.com

Attorneys for Defendants

PADILLA & RODRIGUEZ, LLP
John M. Padilla (SBN 279815)
jpadilla@pandrlaw.com
601 S. Figueroa St., Suite 4050
Los Angeles, California 90017
Telephone: (213) 244-1401
Facsimile:  (213) 244-1402

WILLS LAW FIRM, PLLC
Rhonda H. Wills (pro hac vice)
rwills@rwillslawfirm.com
Genevieve Estrada (pro hac vice)
gestrada@rwillslawfirm.com
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY CARROLL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A.,<br><br>Defendants. | **Case No. 3:15-CV-02321 EMC**<br><br>**STIPULATED REQUEST TO RESCHEDULE INITIAL CMC TO OCTOBER 1, 2015** |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, and 16-2(e), and this Court's orders regarding the date for the initial Case Management Conference ("CMC"), Plaintiff Kelly Carroll ("Plaintiff") and Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. ("Defendants" or "Wells Fargo") hereby

1  stipulate to reschedule the CMC, currently scheduled for August 27, 2015, at 9:30 a.m., to October 1,
2  2015, at 9:30 a.m., in Courtroom 5, 17th Floor, San Francisco.
3      In orders dated August 17, 2015, this Court rescheduled the CMC from August 20, 2015, to
4  August 27, 2015; ordered all lead counsel to appear in person for the CMC; and provided that the parties
5  may submit a stipulation to reschedule the CMC. *See* Dkt. Nos. 40-42. Lead counsel for the respective
6  parties—Rhonda H. Wills and John M. Padilla for Plaintiff, and Timothy M. Watson and Richard L.
7  Alfred for Defendants—are available to appear in person on Thursday, October 1, 2015. Accordingly,
8  the parties respectfully request the Court reschedule the CMC to October 1, 2015, at 9:30 a.m.

DATED: August 19, 2015						Respectfully submitted,

								WILLS LAW FIRM, PLLC


								By:  */s/ Rhonda K. Wills*
								          Rhonda K. Wills
								          Genevieve Estrada

								Attorneys for Plaintiff
								KELLY CARROLL, individually and on behalf
								of others similarly situated

DATED: August 19, 2015						PADILLA & RODRIGUEZ, L.L.P.


								By:  */s/ John M. Padilla*
								          John M. Padilla

								Attorneys for Plaintiff
								KELLY CARROLL, individually and on behalf of
								others similarly situated


DATED:  August 19, 2015						SEYFARTH SHAW LLP

								By:     /s/ Christian J. Rowley
								          Christian J. Rowley
								          Richard L. Alfred
								          Timothy M. Watson

								Attorneys for Defendants
								WELLS FARGO & COMPANY and WELLS
								FARGO BANK, N.A.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Christian J. Rowley, attest that concurrence in the filing of this stipulation has been obtained from the signatories Rhonda H. Wills and John M. Padilla, counsel for Plaintiff Kelly Carroll.

DATED:  August 19, 2015                            SEYFARTH SHAW LLP

                                                   By:    /s/ Christian J. Rowley
                                                       Christian J. Rowley
                                                       Richard L. Alfred
                                                       Timothy M. Watson

                                                   Attorneys for Defendants
                                                   WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

**[PROPOSED] ORDER**

Based on the Parties' stipulation and good cause appearing, the Court orders the Case Management Conference rescheduled from August 27, 2015, to **October 1, 2015**, at **9:30 a.m.**, in Courtroom 5, 17th Floor, San Francisco.

**IT IS SO ORDERED.**

DATED: _____

HONORABLE EDWARD M. CHEN
United States District Judge