Seyfarth Shaw LLP
Christian J. Rowley (SBN 187293)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
crowley@seyfarth.com

Richard L. Alfred (SBN 015000) (*pro hac vice*)
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 496-4802
Facsimile: (617) 946-4801
ralfred@seyfarth.com

Timothy M. Watson (SBN 20963575) (*pro hac vice*)
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
twatson@seyfarth.com

Attorneys for Defendants

Padilla & Rodriguez, LLP
John M. Padilla (SBN 279815)
jpadilla@pandrlaw.com
601 S. Figueroa St., Suite 4050
Los Angeles, California 90017
Telephone: (213) 244-1401
Facsimile: (213) 244-1402

Wills Law Firm, PLLC
Rhonda H. Wills *(pro hac vice)*
rwills@rwillslawfirm.com
Genevieve Estrada *(pro hac vice)*
gestrada@rwillslawfirm.com
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KELLY CARROLL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 3:15-CV-02321-EMC<br><br>**STIPULATION CONCERNING DEADLINE FOR MEDIATION, CLASS CERTIFICATION MOTION AND HEARING AND FURTHER CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Kelly Carroll ("Plaintiff") and Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. ("Defendants" or "Wells Fargo") hereby stipulate as follows:

WHEREAS, during the January 14, 2016 hearing in this matter, the Honorable Court ordered the parties in the above-referenced matter to mediation within 90 days of January 14, 2016, or by April 13, 2016.

WHEREAS, in the Court's minute entry, the Court set certain other deadlines and hearings that the parties understood were determined in part based on the mediation deadline, since the parties and the Court discussed the desire to limit discovery costs to the extent the case could be settled.

WHEREAS, the parties have worked diligently to agree to a mediator and set a mediation date. The parties have agreed, subject to the Court approving the extension of the mediation deadline, to mediate with David Rottman in San Francisco, California, on June 7, 2016. June 7, 2016 is the earliest date all the parties and Mr. Rottman are available for mediation.

WHEREAS, the parties have agreed to the stipulated dates herein, subject to approval of the Court.

THEREFORE, THE PARTIES AGREE AND STIPULATE TO THE FOLLOWING subject to approval by the Court:

1. The parties' are Ordered to mediate this matter by June 30, 2016.

2. The deadline for Plaintiff to file her Motion for Class Certification is extended to August 31, 2016.

3. Defendants' Opposition to Plaintiff's Motion for Class Certification is due September 30, 2016.

4. Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Class Certification is due October 19, 2016.

5. The Further Case Management Conference is rescheduled from October 6, 2016 to November 17, 2016 at 1:30 PM in Courtroom 5, 17th Floor, San Francisco.

6. The Motion for Class Certification Hearing is rescheduled from October 6, 2016 to November 17, 2016 at 1:30 PM in Courtroom 5, 17th Floor, San Francisco.

7. The deadline for filing of the Further Case Management Statement is extended from September 29, 2016 to November 10, 2016.

Pursuant to Local Rule 6-2, there have been no other time modifications on the motion that is the subject of this Stipulation, and it is not anticipated that this extension will affect the schedule for the case. Also pursuant to Local Rule 6-2, the declaration of Rhonda H. Wills is attached as Exhibit A to the Stipulation.

**IT IS SO STIPULATED.**

Dated: March 4, 2016

By: /s/ Rhonda H. Wills
Rhonda H. Wills *(pro hac vice)*
Email: rwills@rwillslawfirm.com
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

John M. Padilla (Cal. Bar No. 279815)
Email: jpadilla@pandrlaw.com
PADILLA & RODRIGUEZ, L.L.P.
601 South Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: (213) 244-1401
Facsimile: (213) 244-1402

Dated: March 4, 2016

By: /s/ Timothy M. Watson
Timothy Watson (SBN 20963575) *(pro hac vice)*
Email: twatson@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

1           Christian J. Rowley (SBN 187293)
           Email: crowley@seyfarth.com
2           SEYFARTH SHAW LLP
           560 Mission Street, 31st Floor
3           San Francisco, California 94105
           Telephone: (415) 397-2823
4           Facsimile: (415) 397-8549

5           Richard L. Alfred (SBN 015000) (*pro hac vice*)
           Email: ralfred@seyfarth.com
6           SEYFARTH SHAW LLP
           Two Seaport Lane, Suite 300
7           Boston, Massachusetts 02210
           Telephone: (617) 496-4802
8           Facsimile: (617) 946-4801

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   3 / 4  , 2016

_____
The Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rules 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: March 4, 2016

          By: /s/ Rhonda H. Wills
          Rhonda H. Wills (*pro hac vice*)
          Email: rwills@rwillslawfirm.com
          WILLS LAW FIRM, PLLC
          1776 Yorktown, Suite 570
          Houston, Texas 77056
          Telephone: (713) 528-4455
          Facsimile: (713) 528-2047

| | |
|---|---|
| John M. Padilla (SBN 279815) <br> jpadilla@pandrlaw.com <br> **PADILLA & RODRIGUEZ, LLP** <br> 601 S. Figueroa St., Suite 4050 <br> Los Angeles, California 90017 <br> Telephone: (213) 244-1401 <br> Facsimile: (213) 244-1402 | Rhonda H. Wills *(pro hac vice)* <br> rwills@rwillslawfirm.com <br> Genevieve Estrada *(pro hac vice)* <br> gestrada@rwillslawfirm.com <br> **WILLS LAW FIRM, PLLC** <br> 1776 Yorktown, Suite 570 <br> Houston, Texas 77056 <br> Telephone: (713) 528-4455 <br> Facsimile: (713) 528-2047 |

ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASSES

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY CARROLL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A., <br><br> Defendants. | Case No. 3:15-CV-02321-EMC <br><br> **DECLARATION OF RHONDA H. WILLS IN SUPPORT OF STIPULATION CONCERNING DEADLINE FOR MEDIATION, CLASS CERTIFICATION MOTION AND HEARING AND FURTHER CASE MANAGEMENT CONFERENCE** |

I, Rhonda H. Wills, declare as follows:

1. I am managing partner of Wills Law Firm, PLLC, one of the firms serving as Plaintiff's counsel herein. I make these statements based on personal knowledge and would so testify if called as a witness.

2. This Declaration is submitted in support of the Parties' Stipulation Concerning Deadline for Mediation, Class Certification Motion and Hearing and Further Case Management Conference.

3. During the January 14, 2016 hearing in this matter, the Honorable Court ordered the parties in the above-referenced matter to mediation within 90 days of January 14, 2016, or by April 13, 2016. In the Court's minute entry, the Court set certain other deadlines and hearings that Plaintiff's counsel understood were determined in part based on the mediation deadline, since the parties and the Court discussed the desire to limit discovery costs to the extent the case could be settled.

4. The parties have worked diligently to agree to a mediator and set a mediation date. The parties have agreed, subject to the Court approving the extension of the mediation deadline, to mediate with David Rottman in San Francisco, California, on June 7, 2016. June 7, 2016 is the earliest date all the parties and Mr. Rottman are available for mediation.

5. Therefore, the parties have agreed and stipulated to the following subject to approval by the Court:

    a. Mediation to occur June 30, 2016.

    b. Plaintiffs to file their Motion for Class Certification by August 31, 2016.

    c. Defendants' Opposition to Plaintiff's Motion for Class Certification is due September 30, 2016.

    d. Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Class Certification is due October 19, 2016.

    e. Further case Management Conference on November 17, 2016 at 1:30 PM in Courtroom 5, 17th Floor, San Francisco.

|   |   |   |
|---|---|---|
| | f. | Motion for Class Certification Hearing on <u>November 17, 2016</u> at 1:30 PM in Courtroom 5, 17th Floor, San Francisco. |
| | g. | Deadline for filing of the Further Case Management Statement is <u>November 10, 2016</u>. |

6. Pursuant to Local Rule 6-2, there have been no other time modifications on the motion that is the subject of the Parties' Stipulation, and it is not anticipated that this extension will affect the schedule for the case.

\* \* \*

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this **4** day of **March**, 2016, at Houston, Texas.

_w/p Rhonda H. Wills_
Rhonda H. Wills