UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSTIANE LAYOG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO,<br><br>Defendant. | Case No. 16-cv-02011-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**<br><br>Re: Dkt. Nos. 21, 24 |

In accordance with Civil Local Rule 3-12(c), the Court refers this case to the Hon. Edward M. Chen to determine whether it is related to *Carroll v. Wells Fargo*, Case No. 15-cv-2321-EMC.

**IT IS SO ORDERED.**

Dated: June 27, 2016

JAMES DONATO
United States District Judge