SEYFARTH SHAW LLP
Andrew M. McNaught (SBN 209093)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
amcnaught@seyfarth.com

Richard L. Alfred (SBN 015000) (pro hac vice)
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 496-4802
Facsimile: (617) 946-4801
ralfred@seyfarth.com

Timothy M. Watson (SBN 20963575) (pro hac vice)
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
twatson@seyfarth.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY CARROLL, ANTONIO PONCE, and CHRYSTIANE LAYOG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A.,<br><br>Defendants. | **Case No. 3:15-CV-02321 EMC**<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO CONSOLIDATED FOURTH AMENDED COMPLAINT** |

1  Pursuant to Local Rule 6-1(a), Plaintiffs Kelly Carroll, Antonio Ponce, and Chrystiane Layog ("Plaintiffs") and Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. ("Defendants" or "Wells Fargo") hereby stipulate to extend the time within which Wells Fargo has to answer or otherwise respond to the Consolidated Fourth Amended Complaint [Dkt. No. 142].

Plaintiffs filed the Consolidated Fourth Amended Complaint on November 30, 2016.  With this Stipulation, the parties agree to extend Wells Fargo's deadline for answering or otherwise responding to the Consolidated Fourth Amended Complaint to January 6, 2017.

The parties respectfully submit this Stipulation to the Court pursuant to Local Rule 6-1(a).

DATED: December 6, 2016                     Respectfully submitted,

                                            WILLS LAW FIRM, PLLC


                                            By: /s/ Rhonda H. Wills
                                                 Rhonda H. Wills

                                            Counsel for Plaintiffs
                                            KELLY CARROLL, ANTONIO PONCE, and
                                            CHRYSTIANE LAYOG, individually and on
                                            behalf of others similarly situated


DATED: December 6, 2016                     SEYFARTH SHAW LLP

                                            By: /s/ Andrew M. McNaught
                                                 Andrew M. McNaught

                                            Counsel for Defendants
                                            WELLS FARGO & COMPANY and WELLS
                                            FARGO BANK, N.A.



IT IS SO ORDERED
Judge Edward M. Chen

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Andrew M. McNaught, attest that concurrence in the filing of this stipulation has been obtained from the signatory Rhonda H. Wills, counsel for Plaintiffs.

DATED:  December 6, 2016                    SEYFARTH SHAW LLP

By:   /s/ Andrew M. McNaught
           Andrew M. McNaught

Attorneys for Defendants
WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 560 Mission Street, 31st Floor, San Francisco, California 94105. On December 6, 2016, I served the within document(s):

STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO CONSOLIDATED FOURTH AMENDED COMPLAINT

☐ I sent such document from facsimile machines (415) 397-8549 on 12/6/2016. I certify that said transmission was completed and that all pages were received and that a report was generated by said facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒ electronically by using the Court's ECF/CM System.

| | |
|---|---|
| Rhonda H. Wills | John M. Padilla |
| Genevieve Estrada | Jose Moises Cedillos |
| Wills Law Firm, PLLC | Padilla & Rodriguez, L.L.P. |
| 1776 Yorktown Street, Suite 570 | 5433 Westheimer, Suite 825 |
| Houston, Texas 77056 | Houston, Texas 77056 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 6, 2016, at San Francisco, California.

*Juliana Blackwell*
Juliana Blackwell

36103747v.1

PROOF OF SERVICE
CASE NO.: 3:15-CV-02321 EMC