1  SEYFARTH SHAW LLP
   Andrew M. McNaught (SBN 209093)
2  560 Mission Street, 31st Floor
   San Francisco, California  94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4  amcnaught@seyfarth.com

5  Richard L. Alfred (SBN 015000) (*pro hac vice*)
   Two Seaport Lane, Suite 300
6  Boston, Massachusetts 02210
7  Telephone:  (617) 496-4802
   Facsimile:   (617) 946-4801
8  ralfred@seyfarth.com

9  Timothy M. Watson (SBN 20963575) (*pro hac vice*)
   700 Milam Street, Suite 1400
10 Houston, Texas 77002-2812
   Telephone: (713) 225-2300
11 Facsimile: (713) 225-2340
   twatson@seyfarth.com
12
   Attorneys for Defendants
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 17 KELLY CARROLL, ANTONIO PONCE, and CHRYSTIANE LAYOG, Individually and On Behalf of All Others Similarly Situated,<br>18<br>19                     Plaintiffs,<br>20       v.<br>21 WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A.,<br>22<br>23                     Defendants. | **Case No. 3:15-CV-02321 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADVANCE HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br>(Civ. L.R. 6-2; 7-12) |

24
25
26
27
28

1  Pursuant to Local Rules 6-2 and 7-12, Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. ("Defendants" or "Wells Fargo") and Plaintiffs Kelly Carroll, Antonio Ponce, and Chrystiane Layog ("Plaintiffs") hereby stipulate to move the hearing date and briefing schedule for Plaintiffs' motion for class certification.

On January 19, 2017, the parties attended a case management conference where this Court set the briefing schedule for Plaintiffs' motion for class certification. Pursuant to this Court's Order, Plaintiffs will file their motion for class certification on May 25, 2017, Defendants will file their opposition on June 22, 2017, and Plaintiffs will file their reply on July 6, 2017. [Dkt. No. 167]. The Court set the hearing for Plaintiffs' motion for class certification on July 27, 2017. *Id.*

Due to preexisting family travel commitments, lead counsel for Defendants, Richard Alfred, will be unable to attend the hearing on July 27, 2017. [Declaration of Andrew M. McNaught ("McNaught Decl."), ¶ 3]. In addition, Plaintiffs' counsel will be unavailable due to preexisting family travel commitments during the month of August. [McNaught Decl., ¶ 3]. Thus, after conferring with Plaintiffs' counsel and the Court's clerk, the parties have agreed to stipulate to move the hearing date to July 24, 2017. [*Id.*, ¶¶ 4,5].

As a result of the new hearing date, the new briefing schedule will be as follows:

Motion for Class Certification to be filed no later than May 22, 2017;

Opposition due June 19, 2017;

Reply due July 3, 2017;

Hearing on July 24, 2017 at 2:30 pm .

[*Id.* at ¶ 5].

The requested hearing date and briefing schedule will not affect any deadlines set in this case [*Id.* at ¶ 6].

| | | |
|---|---|---|
| 1 | DATED: February 6, 2017 | Respectfully submitted, |
| 2 | | WILLS LAW FIRM, PLLC |

By:  /s/ Rhonda H. Wills
      Rhonda H. Wills

Counsel for Plaintiffs
KELLY CARROLL, ANTONIO PONCE, and CHRYSTIANE LAYOG, individually and on behalf of others similarly situated

DATED:  February 6, 2017.

SEYFARTH SHAW LLP

By:  /s/ Andrew M. McNaught
      Andrew M. McNaught
      Richard L. Alfred
      Timothy M. Watson

Attorneys for Defendants
WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Andrew M. McNaught, attest that concurrence in the filing of this stipulation has been obtained from the signatory Rhonda H. Wills, counsel for Plaintiffs.

DATED:  February 6, 2017                                    SEYFARTH SHAW LLP

                                                            By:   /s/ Andrew M. McNaught
                                                                  Andrew M. McNaught

                                                            Attorneys for Defendants
                                                            WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

**PROPOSED ORDER**

On stipulation of the parties and for good cause shown, IT IS SO ORDERED.  The hearing for Plaintiffs' motion for class certification is advanced from July 27, 2017 to July 24, 2017 at 2:30 pm, and the new briefing schedule will be as follows:

Motion for Class Certification to be filed no later than May 22, 2017;

Opposition due June 19, 2017;

Reply due July 3, 2017.

Dated: 2/7/17 _____



Judge Edward M. Chen
IT IS SO ORDERED AS MODIFIED

4

STIPULATION TO ADVANCE HEARING DATE / CASE NO. 15-CV-02321 EMC

36854038v.3