UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CARROLL, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 3:15-cv-02321-EMC   (KAW)<br><br>ORDER GRANTING TELEPHONIC APPEARANCE<br><br>Re: Dkt. No. 196 |

     Plaintiffs' counsel Rhonda H. Wills's motion to appear telephonically at the hearing on Non-Party Carrie Tolstedt's motion to quash on March 16, 2017 at 11:00 A.M. is GRANTED. The Court understands that co-counsel will be appearing in person.

     Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*.  This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

     IT IS SO ORDERED.

Dated: March 15, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge