SEYFARTH SHAW LLP
Andrew M. McNaught (SBN 209093)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
amcnaught@seyfarth.com

Richard L. Alfred (SBN 015000) (*pro hac vice*)
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 496-4802
Facsimile: (617) 946-4801
ralfred@seyfarth.com

Timothy M. Watson (SBN 20963575) (*pro hac vice*)
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
twatson@seyfarth.com

Attorneys for Defendants

PADILLA & RODRIGUEZ, LLP
John M. Padilla (SBN 279815)
jpadilla@pandrlaw.com
601 S. Figueroa St., Suite 4050
Los Angeles, California 90017
Telephone: (213) 244-1401
Facsimile: (213) 244-1402

WILLS LAW FIRM, PLLC
Rhonda H. Wills (*pro hac vice*)
rwills@rwillslawfirm.com
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY CARROLL, ANTONIO PONCE, CHRYSTIANE LAYOG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A.,<br><br>Defendants. | **Case No. 3:15-CV-02321 EMC**<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER**<br><br>Date: December 8, 2017<br>Time: 2:45 p.m.<br>Place: Telephonic<br>Judge: Honorable Edward M. Chen |

1

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED]
ORDER

1

2          Plaintiffs KELLY CARROLL, ANTONIO PONCE, CHRYSTIANE LAYOG
("Plaintiff"), and Defendants WELLS FARGO & COMPANY, and WELLS FARGO BANK,

3    ("Defendants") by and through their respective counsel stipulate as follows:

4          WHEREAS, On April 28, 2017 this Court issued an order continuing the further

5    telephonic Case Management Conference to December 7, 2017, pending the resolution of the

6    plaintiffs' Motion for Preliminary Approval in the overlapping *Daniel*/*Alexander* class action

7    pending in the Los Angeles County Superior Court ("LASC")(Dkt. # 230);

8          WHEREAS, on November 20, 2017 this Court issued an Order continuing the further

9    telephonic Case Management Conference to December 8, 2017, and ordered the filing of a joint

10   updated Case Management Conference Statement by December 1, 2017 (Dkt. # 232);

11         WHEREAS, the hearing on the Motion for Preliminary Approval filed by the plaintiffs in

12   the *Daniel/Alexander* case pending before Judge Freeman in the LASC has now been continued

13   by that court to December 14, 2017;

14         NOW THEREFORE the Parties agree and request that the further telephonic Case

15   Management Conference set for December 8, 2017 (and the filing of the updated joint statement

16   in advance of same) be vacated pending the resolution of the plaintiffs' Motion for Preliminary

17   Approval in the *Daniel/Alexander* matter, set to be heard on December 14, 2017, and continued

18   to a date from Monday to Thursday the week of January 29, 2018 (counsel is not available

19   Friday that week), or one convenient to the Court's calendar thereafter.

20

21

22   **IT IS SO STIPULATED.**

23

24    DATED:  November 27, 2017          WILLS LAW FIRM, PLLC

25                                      By:    /s/ Rhonda H. Wills
26                                             Rhonda H. Wills

27                                      Lead Counsel for Plaintiffs
                                                 2
28   ─────────────────────────────────────────────────────────────
     STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED]
                                     ORDER

DATED:  November 27, 2017                SEYFARTH SHAW LLP

                                         By:    /s/ Andrew M. McNaught
                                             Richard L. Alfred
                                             Timothy M. Watson
                                             Andrew M. McNaught

                                         Attorneys for Defendants
                                         WELLS FARGO & COMPANY and WELLS
                                         FARGO BANK, N.A.


## ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)

I, Andrew M. McNaught, attest that concurrence in the filing of this Updated Joint Case Management Statement & Proposed Order has been obtained from the signatory Rhonda H. Wills, counsel for Plaintiffs.


DATED:  November 27, 2017                SEYFARTH SHAW LLP

                                         By:    /s/ Andrew M. McNaught
                                             Andrew M. McNaught

                                         Attorneys for Defendants
                                         WELLS FARGO & COMPANY and WELLS
                                         FARGO BANK, N.A.

3

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED]
ORDER

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the further telephonic Case Management Conference set for December 8, 2017 shall be continued to J~~anuary ___,~~ 2018. The Parties shall file an updated, joint Case Management Conference Statement by January _25_, 2018.

<span style="font-family:monospace">February 1, 2018 at 10:30 a.m.</span>

   **IT IS SO ORDERED.**

DATED: _11/30/17_



IT IS SO ORDERED

Judge Edward M. Chen

4

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER