SEYFARTH SHAW LLP
Andrew M. McNaught (SBN 209093)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
amcnaught@seyfarth.com

Richard L. Alfred (SBN 015000) (*pro hac vice*)
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 496-4802
Facsimile: (617) 946-4801
ralfred@seyfarth.com

Timothy M. Watson (SBN 20963575) (*pro hac vice*)
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
twatson@seyfarth.com

Attorneys for Defendants

PADILLA & RODRIGUEZ, LLP
John M. Padilla (SBN 279815)
jpadilla@pandrlaw.com
601 S. Figueroa St., Suite 4050
Los Angeles, California 90017
Telephone: (213) 244-1401
Facsimile: (213) 244-1402

WILLS LAW FIRM, PLLC
Rhonda H. Wills *(pro hac vice)*
rwills@rwillslawfirm.com
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY CARROLL, ANTONIO PONCE, CHRYSTIANE LAYOG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A.,<br><br>Defendants. | **Case No. 3:15-CV-02321 EMC**<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER**<br><br>Date: February 1, 2018<br>Time: 10:30 a.m.<br>Place: Telephonic<br>Judge: Honorable Edward M. Chen |

1

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

Plaintiffs KELLY CARROLL, ANTONIO PONCE, CHRYSTIANE LAYOG ("Plaintiff"), and Defendants WELLS FARGO & COMPANY, and WELLS FARGO BANK, ("Defendants") by and through their respective counsel stipulate as follows:

WHEREAS, On April 28, 2017 this Court issued an order continuing the further telephonic Case Management Conference to December 7, 2017, pending the resolution of the plaintiffs' Motion for Preliminary Approval in the overlapping *Daniel/Alexander* class action pending in the Los Angeles County Superior Court (Dkt. # 230);

WHEREAS, on November 20, 2017 this Court issued an Order continuing the further telephonic Case Management Conference to December 8, 2017, and ordered the filing of a joint updated Case Management Conference Statement by December 1, 2017 (Dkt. # 232);

WHEREAS, on November 30, 2017 this Court issued an order continuing the further telephonic Case Management Conference to February 1, 2018, pending the resolution of the plaintiffs' Motion for Preliminary Approval in the *Daniel/Alexander* action, and ordering the filing of an updated Case Management Conference Statement by January 25, 2018 (Dkt. # 234);

WHEREAS, on January 4, 2018, Judge Freeman of the Los Angeles County Superior Court issued an order granting preliminary approval of the settlement in the *Daniel/Alexander* action, and setting May 17, 2018 as the hearing date on the plaintiffs' motion for final approval of the settlement in that action;

NOW THEREFORE the Parties agree and request that the further telephonic Case Management Conference set for February 1, 2018 (and the filing of the updated, joint case management conference statement in advance of same) be vacated pending the hearing on final approval of the *Daniel/Alexander* settlement, set for May 17, 2018, and continued to a date thereafter convenient to the Court's calendar.

2
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**IT IS SO STIPULATED.**

DATED: January 18, 2018         WILLS LAW FIRM, PLLC

                                        By:   /s/ Rhonda H. Wills
                                                      Rhonda H. Wills

                                        Lead Counsel for Plaintiffs

DATED: January 18, 2018         SEYFARTH SHAW LLP

                                        By:   /s/ Andrew M. McNaught
                                                   Richard L. Alfred
                                                   Timothy M. Watson
                                                   Andrew M. McNaught

                                        Attorneys for Defendants
                                        WELLS FARGO & COMPANY and WELLS
                                        FARGO BANK, N.A.

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Andrew M. McNaught, attest that concurrence in the filing of this Updated Joint Case Management Statement & Proposed Order has been obtained from the signatory Rhonda H. Wills, counsel for Plaintiffs.

DATED: January 18, 2018         SEYFARTH SHAW LLP

                                        By:   /s/ Andrew M. McNaught
                                                   Andrew M. McNaught

                                        Attorneys for Defendants
                                        WELLS FARGO & COMPANY and WELLS
                                        FARGO BANK, N.A.

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**[PR~~OPO~~SED] ORDER**

Pursuant to the Parties' stipulation, the further telephonic Case Management Conference set for February 1, 2018 shall be continued to May 17, 2018. The Parties shall file an updated, joint Case Management Conference Statement by May 10, 2018.

**IT IS SO ORDERED.**

DATED: 1/22/18



_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER