WILLS LAW FIRM, PLLC
Rhonda H. Wills (*pro hac vice*)
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047
rwills@rwillslawfirm.com

PADILLA & RODRIGUEZ, LLP
John M. Padilla (SBN 279815)
601 S. Figueroa St., Suite 4050
Los Angeles, California 90017
Telephone: (213) 244-1401
Facsimile: (213) 244-1402
jpadilla@pandrlaw.com

Attorneys for Plaintiffs

SEYFARTH SHAW LLP
Andrew M. McNaught (SBN 209093)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
amcnaught@seyfarth.com

Richard L. Alfred (*pro hac vice*)
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 496-4802
Facsimile: (617) 946-4801
ralfred@seyfarth.com

Timothy M. Watson (*pro hac vice*)
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
twatson@seyfarth.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY CARROLL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>Defendants. | **Case No. 3:15-CV-02321 EMC**<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE & [~~PROPOSED~~] ORDER**<br><br>Date: May 17, 2018<br>Time: 10:30 a.m.<br>Place: Telephonic<br>Judge: Honorable Edward M. Chen |

Plaintiffs Kelly Carroll, *et al.* ("Plaintiffs"), and Defendants Wells Fargo & Company, *et al.* ("Defendants") by and through their respective counsel stipulate as follows:

WHEREAS, on April 28, 2017 this Court issued an Order continuing the further telephonic Case Management Conference to December 7, 2017, pending the resolution of the plaintiffs' Motion for Preliminary Approval in the overlapping *Daniel/Alexander* class action pending in the Los Angeles Superior Court (Dkt. #230);

WHEREAS, on November 20, 2017 this Court issued an Order continuing the further telephonic Case Management Conference to December 8, 2017, and ordered the filing of a joint updated Case Management Conference Statement by December 1, 2017 (Dkt. #232);

WHEREAS, on November 30, 2017 this Court issued an Order continuing the further telephonic Case Management Conference to February 1, 2018 pending the resolution of the plaintiffs' Motion for Preliminary Approval in the *Daniel/Alexander* action, and ordering the filing of an updated Case Management Conference Statement by January 25, 2018 (Dkt. #234);

WHEREAS, on January 4, 2018, Judge Freeman of the Los Angeles County Superior Court issued an order granting preliminary approval of the settlement in the *Daniel/Alexander* action, and setting May 17, 2018 as the hearing date on the plaintiffs' motion for final approval of the settlement in that action;

WHEREAS, on January 22, 2018 this Court issued an Order continuing the further telephonic Case Management Conference to May 17, 2018, and ordered the filing of a joint updated Case Management Conference Statement by May 10, 2018 (Dkt. #236);

WHEREAS, Plaintiffs' lead counsel, Rhonda Wills, is getting married on May 18, 2018 and will be out of the country for her wedding and honeymoon from May 15, 2018 through May 30, 2018;

NOW THEREFORE, the Parties agree and request that the further telephonic Case Management Conference set for May 17, 2018 (and the filing of the updated, joint case management conference statement in advance of same) be continued to a date convenient to the Court's calendar after May 30, 2018.

**IT IS SO STIPULATED.**

Dated: March 1, 2018                                WILLS LAW FIRM, PLLC

                                                             By:  /s/ Rhonda H. Wills
                                                                   Rhonda H. Wills

                                                            Lead Counsel for Plaintiffs


Dated: March 1, 2018                                SEYFARTH SHAW LLP

                                                             By:  /s/ Andrew M. McNaught
                                                                 Richard L. Alfred
                                                                Timothy M. Watson
                                                                Andrew M. McNaught

                                                            Counsel for Defendants


## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

    I, Rhonda H. Wills, attest that concurrence in the filing of this Stipulated Request to Continue Case Management Conference and Proposed Order has been obtained from the signatory Andrew M. McNaught, counsel for Defendants.

Dated: March 1, 2018                                WILLS LAW FIRM, PLLC

                                                             By:  /s/ Rhonda H. Wills
                                                                  Rhonda H. Wills

                                                            Lead Counsel for Plaintiffs

1 **[PROPOSED] ORDER**

2     Pursuant to the Parties' stipulation, the further telephonic Case Management Conference

3 set for May 17, 2018 shall be continued to ___June 7___, 2018. The Parties shall file an     at 10:30 a.m.

4 updated joint Case Management Conference Statement by ___May 31___, 2018.

5     **IT IS SO ORDERED.**

7 DATED: ___3/5/2018___                _____



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

## CERTIFICATE OF SERVICE

In accordance with Civil Local Rule 5-5(a), I certify pursuant to 28 U.S.C. § 1746 that on February 27, 2018, I served the foregoing document on all counsel of record via the Court's CM/ECF filing system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2018.                      */s/ Rhonda H. Wills*
                                                                             Rhonda H. Wills