| | |
|---|---|
| SEYFARTH SHAW LLP<br>Andrew M. McNaught (SBN 209093)<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br>amcnaught@seyfarth.com<br><br>Richard L. Alfred (SBN 015000) *(pro hac vice)*<br>Two Seaport Lane, Suite 300<br>Boston, Massachusetts 02210<br>Telephone: (617) 496-4802<br>Facsimile: (617) 946-4801<br>ralfred@seyfarth.com<br><br>Timothy M. Watson (SBN 20963575) *(pro hac vice)*<br>700 Milam Street, Suite 1400<br>Houston, Texas 77002-2812<br>Telephone: (713) 225-2300<br>Facsimile: (713) 225-2340<br>twatson@seyfarth.com<br><br>Attorneys for Defendant | PADILLA & RODRIGUEZ, LLP<br>John M. Padilla (SBN 279815)<br>jpadilla@pandrlaw.com<br>601 S. Figueroa St., Suite 4050<br>Los Angeles, California 90017<br>Telephone: (213) 244-1401<br>Facsimile: (213) 244-1402<br><br>WILLS LAW FIRM, PLLC<br>Rhonda H. Wills *(pro hac vice)*<br>rwills@rwillslawfirm.com<br>1776 Yorktown, Suite 570<br>Houston, Texas 77056<br>Telephone: (713) 528-4455<br>Facsimile: (713) 528-2047<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY CARROLL, LANTONIO PONCE, CHRYSTIANE LAYOG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:15-CV-02321 EMC<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs KELLY CARROLL, ANTONIO PONCE, and CHRYSTIANE LAYOG and Defendants WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A., acting through their respective counsel of record, hereby stipulate to dismiss the above-captioned case with prejudice. Each party agrees to bear its own costs, expenses, and attorney's fees, and to waive all rights of appeal.

IT IS SO STIPULATED

DATED: July 31, 2018

WILLS LAW FIRM, PLLC

By: /s/ Rhonda H. Wills
Rhonda H. Wills

Lead Counsel for Plaintiffs

DATED: July 23, 2018

SEYFARTH SHAW LLP

By: /s/
Richard L. Alfred
Timothy M. Watson
Andrew M. McNaught

Attorneys for Defendants
WELLS FARGO & COMPANY and
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED**
7/31/2018
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(1)(3)**

I, Rhonda H. Wills, attest that concurrence in the filing of this Joint Stipulation to Dismiss Case with Prejudice has been obtained from the signatory Timothy M. Watson, counsel for Defendants.

DATED: July 31, 2018

WILLS LAW FIRM, PLLC

By: /s/ Rhonda H. Wills
Rhonda H. Wills

Lead Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I certify pursuant to 28 U.S.C. § 1746 that on July 31, 2018, I served the foregoing document on all counsel of record via the Court's CM/ECF filing system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2018.

                                                  */s/ Rhonda H. Wills*
                                                  Rhonda H. Wills